UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GORDON M. PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-3672 (CKK) |
| | ) | |
| WILLIAM P. BARR, | ) | |
| U.S. Attorney General, *et al.*, | ) | |
| | ) | |

**PLAINTIFF GORDON M. PRICE'S
CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff Gordon M. Price, by and through undersigned counsel, respectfully moves for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) with respect to his challenge to the constitutionality of 54 U.S.C. § 100905 and its implementing regulations, and concurrently opposes the Motion for Judgment on the Pleadings of Defendants William P. Barr, David Bernhardt, and David Vela ("Defendants" or "the government").

As stated more fully in the accompanying memorandum of points and authorities attached hereto, 54 U.S.C. § 100905 and its implementing regulations are unconstitutional because they impose (a) content- and speaker-based regulation on protected expressive activity consisting of filming and photography on federal lands, (b) an unlawful prior restraint and press-licensing regime, (c) a tax on the exercise of First Amendment rights, and (d) a restriction on protected speech that is both overbroad and underinclusive.  As there are no material facts in dispute, the Court need only decide questions of law as are appropriate to resolve on a Rule 12(c) Motion for Judgment on the Pleadings.

DATED:  July 8, 2020

      Respectfully submitted,

        /s/ Robert Corn-Revere
ROBERT CORN-REVERE
D.C. Bar No. 375415
RONALD G. LONDON
D.C. Bar No. 456284
PATRICK J. CURRAN, JR.
D.C. Bar No. 1026302
**Davis Wright Tremaine LLP**
1919 Pennsylvania Ave. NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: bobcornrevere@dwt.com
       ronnielondon@dwt.com
       patcurran@dwt.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2020, the foregoing was served upon all counsel of record who have entered an appearance via this Court's ECF system.

*/s/ Patrick J. Curran Jr.*